UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 26-mj-079 (KMM/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIQUE BOUDREAUX,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Discovery Declaration and Outline of Pre-Trial Motions** |

Dominique Boudreaux is charged in a one-count Information with Assaulting, Resisting, or Impeding Certain Officers or Employees on or about January 17, 2026. Through counsel, she respectfully offers the following declaration concerning the status of discovery in this case and outline of the pre-trial motions that are being filed.

**DISCOVERY**

The Court has directed the government to provide discovery to counsel. (ECF 19). Counsel received discovery via USA-FX on February 18, February 24, February 25, and March 9, 2026. The discovery contains reports, videos, and an audio recording.

**MOTIONS**

The Court has directed the government for *Brady* Disclosure, preservation of rough notes, notice and disclosure of Rule 404(b) Evidence, and expert notice. Counsel will not be filing those motions. The Court has further directed Defense to file Notice of Rule 12 defenses, expert notice and to provide discovery to government. Counsel will abide the Court's request.

Ms. Boudreaux's phone was taken from her. The government has informed counsel that there is no evidence on the phone that will be used against Ms. Boudreaux. As such, no motion to suppress evidence a result of involuntary consent will be filed. Ms. Boudreaux requests that her phone be immediately released to her as it will not be used in the case against her.

A statement was taken from Ms. Boudreaux after her arrest, Ms. Boudreaux will be filing a motion to suppress her statement based on *Miranda* violations.

**CONSENT TO MAGISTRATE JUDGE JURISDICTION**

Counsel anticipates that the motion to suppress statements will require testimony.

**MEET AND CONFER**

On March 13, 2026 the undersigned and SAUSA Zain Abid conferred by phone pursuant to and in accordance with L.R. 12. 1 to clarify and narrow issues.

Dated: March 13, 2026

Respectfully submitted,

*s/Manny K. Atwal*

MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Ms. Boudreaux
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415